**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

No. 05-1431

─────────────

GREGORY M. DELON,

Plaintiff - Appellant,

versus

MCLAURIN PARKING COMPANY,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-03-1066-WLO)

─────────────

Submitted:  August 31, 2005        Decided:  October 21, 2005

─────────────

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gregory M. DeLon, Appellant Pro Se.  Robert Allen Sar, OGLETREE,
DEAKINS, NASH, SMOAK & STEWART, P.C., Raleigh, North Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory M. DeLon appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>DeLon v. McLaurin Parking Co.</u>, No. CA-03-1066-WLO (M.D.N.C. Mar. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>